AO 91 (Rev. 02/09) Criminal Complaint

FILED
VANESSA L. ARMSTRONG, CLERK

JUN 13 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT L. REAL, III | ) ) ) ) ) Case No. 3:12-mj-274 |

CRIMINAL COMPLAINT

I, Louisville Metro Police Department Crimes Against Children Detective and Federal Bureau of Investigation Task Force Officer Dan Jackman, the complainant in this case, state the following is true to the best of my knowledge and belief:

A. On or about and between May 2012 and June 2012, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, Robert L. Real, III, knowingly used a facility or means of interstate commerce, that is, communications over the Internet, and persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense in violation of 18 U.S.C. § 2422(b); and

B. On or about June 8, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, Robert L. Real, III, knowingly transported an individual who had not attained the age of 18 in interstate commerce, namely, from Kentucky to Indiana,, with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2423(a).

x   Continued on the attached sheet

_____
Complainant's signature

Dan Jackman
Detective, Louisville Metro Police Department
Task Force Officer, Federal Bureau of Investigation

_____
Printed name and title

Sworn to before me and signed in my presence.

Date: June 13, 2012

_____
Judge's Signature

DAVE WHALIN
United States Magistrate Judge

_____
Printed Name and Title

Louisville, Kentucky

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dan Jackman, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

I am a detective with the Louisville Metro Police Department's Crimes Against Children Unit (LMPD CACU) and routinely investigates child exploitation cases where computers or other means of electronic communications are used. I am currently a member of the Federal Bureau of Investigation's Electronic Crimes Task Force. I have successfully completed over 30 individual child abuse training sessions, most of which focus on Internet investigations, since being assigned to the CACU. I have investigated more than 450 cases involving child pornography, sexual enticement of minors over the Internet, obscenity directed to minors, and other investigations involving the sexual exploitation of children. I hold a Bachelor of Arts degree in Justice Administration from Northern Kentucky University. I have been certified by the Department of Criminal Justice Training at Eastern Kentucky University to instruct in the areas of criminal investigations, crimes against children investigations, and Internet crimes against children. I have also been certified to teach identifying and seizing electronic evidence from the National White Collar Crime Center. As a police detective deputized by the United States Marshals Service, I am a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41, authorized to request and execute warrants issued under the authority of the United States.

## SOURCE OF INFORMATION CONTAINED HEREIN

The facts set forth in this affidavit are based upon my personal knowledge, knowledge obtained during my participation in this investigation and from other individuals including my review of documents, and computer records related to this investigation, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit does not contain all of the information known to me regarding this investigation. I have included in this affidavit facts that I believe are sufficient to support a probable cause finding for the issuance of the requested warrant but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.

## DEFINITIONS

Instant messaging is a form of real-time direct text-based communication between two or more people using personal computers or other electronic devices. Advanced instant messaging software, like Yahoo! Messenger provide advance features like file transfers, webcam viewing, and chat rooms. Yahoo! Messenger is provided by Yahoo!, an American public corporation that provides multiple services via the Internet. Other examples of full featured instant message programs are MSN Messenger and Skype.

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dan Jackman, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

I am a detective with the Louisville Metro Police Department's Crimes Against Children Unit (LMPD CACU) and routinely investigates child exploitation cases where computers or other means of electronic communications are used. I am currently a member of the Federal Bureau of Investigation's Electronic Crimes Task Force. I have successfully completed over 30 individual child abuse training sessions, most of which focus on Internet investigations, since being assigned to the CACU. I have investigated more than 450 cases involving child pornography, sexual enticement of minors over the Internet, obscenity directed to minors, and other investigations involving the sexual exploitation of children. I hold a Bachelor of Arts degree in Justice Administration from Northern Kentucky University. I have been certified by the Department of Criminal Justice Training at Eastern Kentucky University to instruct in the areas of criminal investigations, crimes against children investigations, and Internet crimes against children. I have also been certified to teach identifying and seizing electronic evidence from the National White Collar Crime Center. As a police detective deputized by the United States Marshals Service, I am a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41, authorized to request and execute warrants issued under the authority of the United States.

## SOURCE OF INFORMATION CONTAINED HEREIN

The facts set forth in this affidavit are based upon my personal knowledge, knowledge obtained during my participation in this investigation and from other individuals including my review of documents, and computer records related to this investigation, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit does not contain all of the information known to me regarding this investigation. I have included in this affidavit facts that I believe are sufficient to support a probable cause finding for the issuance of the requested warrant but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.

## DEFINITIONS

Instant messaging is a form of real-time direct text-based communication between two or more people using personal computers or other electronic devices. Advanced instant messaging software, like Yahoo! Messenger provide advance features like file transfers, webcam viewing, and chat rooms. Yahoo! Messenger is provided by Yahoo!, an American public corporation that provides multiple services via the Internet. Other examples of full featured instant message programs are MSN Messenger and Skype.

# PROBABLE CAUSE

1. On Friday, June 8, 2012 a 14-year-old girl had been reported missing to the Louisville Metro Police Department by her parents. The minor was located on Saturday afternoon, June 9, 2012, at a bowling alley in Southern Jefferson County. The minor's parents learned that she had been communicating with an adult on a social networking website called BADOO.com. It was learned that the adult was named "Robert" and lived in Indiana. The FBI Cyber Crimes Task Force was notified of the incident and initiated an investigation. LMPD CACU Detective and FBI Task Force Officer Shawn Hamilton initiated the federal investigation on June 9, 2012, including the gathering of preliminary information and review of evidence.

2. On June 11, 2012, Affiant interviewed the minor. The minor stated that she had met "Robert" on Badoo.com. While their chats began friendly, they soon turned sexual in nature and they discussed meeting in real life. The minor mentioned that they agreed for "Robert" to pick her up near her home in Jefferson County on Friday June 8, 2012. "Robert" arrived at the minor's home while her parents were at work and then transported her to his residence in New Albany, Indiana. While at "Robert's" residence, the minor and "Robert" engaged in sexual relations multiple times. According to the minor, they had anal, vaginal, and oral sex. The minor stated that the sex was both protected and unprotected (*i.e.*, "Robert" used a condom during some, but not all, sexual activities). On Saturday afternoon, the decision was made to take the minor back Jefferson County. "Robert" dropped the minor off at a bowling alley in Southern Jefferson County.

3. After speaking with the minor, Affiant interviewed the minor's parents. The parents provided Affiant with consent to review the family computer and the minor's laptop for additional evidence. Affiant obtained messages between "Robert" and the minor that occurred on Badoo.com. There were over 2,500 messages between "Robert" and the minor. From these messages, Affiant compiled a single document 106 pages in length. Excerpts of the communications are set out below.

4. On May 7, 2012:

   Robert — Monday, 07 May 2012 04:25 PM: Hey
   Minor — Monday, 07 May 2012 04:26 PM: hi
   Robert — Monday, 07 May 2012 04:27 PM: Sup
   Minor — Monday, 07 May 2012 04:27 PM: nothin wbu
   Robert — Monday, 07 May 2012 04:28 PM: Laying in bed bored
   Minor — Monday, 07 May 2012 04:28 PM: awe i am sorry
   Robert — Monday, 07 May 2012 04:30 PM: It's all good. Your cute
   Minor — Monday, 07 May 2012 04:30 PM: thank u ur hot
   Robert — Monday, 07 May 2012 04:31 PM: Thanks. Your 18 right?
   Minor — Monday, 07 May 2012 04:31 PM: yes
   Minor — Monday, 07 May 2012 04:31 PM: ur 20 right
   Robert — Monday, 07 May 2012 04:31 PM: Yep
   Minor — Monday, 07 May 2012 04:32 PM: kool

5. Later that same day and continuing into the next day, their communications turned sexual in nature. On May 8, 2012, the minor informed "Robert" of her actual age:

   Minor — Tuesday, 08 May 2012 06:07 PM: just promise not to freak out
   Robert — Tuesday, 08 May 2012 06:09 PM: Ok
   Minor — Tuesday, 08 May 2012 06:10 PM: i am really 14 years old but i have been doin all the playin i am sayin i am doin just i am at school when we talked earlier and i bowl friday night and i bowl saturday mornin
   Robert — Tuesday, 08 May 2012 06:11 PM: Wow.
   Minor — Tuesday, 08 May 2012 06:12 PM: sorry but i still wanna go out with u i have dated 18-26 years old guys i like them better b/c they satisfy me better
   Robert — Tuesday, 08 May 2012 06:13 PM: Yeah but you can't hang out when I can. Lol
   Minor — Tuesday, 08 May 2012 06:14 PM: i can if i trick my parents like i have in the past
   Robert — Tuesday, 08 May 2012 06:15 PM: Well try to Friday when I get off wit
   Robert — Tuesday, 08 May 2012 06:15 PM: Work...

6. On May 8, 2012, after learning of the minor's true age, "Robert" agrees to meet her for sex:

   Minor — Tuesday, 08 May 2012 06:28 PM: so if i am thinkin correct u still wanna meet me
   Minor — Tuesday, 08 May 2012 06:34 PM: Robert r u mad at me r u freaked out
   Robert — Tuesday, 08 May 2012 06:34 PM: Idk well see.
   Minor — Tuesday, 08 May 2012 06:34 PM: ok b/c i will do everythin i said i would do to u have before and will again
   Robert — Tuesday, 08 May 2012 06:34 PM: Ok
   Minor — Tuesday, 08 May 2012 06:35 PM: so r u mad at me or freaked out
   Robert — Tuesday, 08 May 2012 06:35 PM: Idk
   Minor — Tuesday, 08 May 2012 06:35 PM: i am sorry
   Minor — Tuesday, 08 May 2012 06:35 PM: i should have told u in the beginin
   Robert — Tuesday, 08 May 2012 06:38 PM: Yeah.. I mean I'll still tap it ;)
   Minor — Tuesday, 08 May 2012 06:38 PM: :):):)
   Minor — Tuesday, 08 May 2012 06:38 PM: fine with me
   Minor — Tuesday, 08 May 2012 06:40 PM: i just wish i was 18 that way we could dat
   Minor — Tuesday, 08 May 2012 06:40 PM: date

7. The messages between "Robert" and the minor become more sexual in nature. On June 6, 2012, "Robert" and the minor again discussed their age differences:

   Robert — Wednesday, 06 June 2012 12:15 PM: Idt I can do this I feel like a pedo
   Minor — Wednesday, 06 June 2012 12:15 PM: a what
   Robert — Wednesday, 06 June 2012 12:15 PM: Pedophile
   Minor — Wednesday, 06 June 2012 12:16 PM: whats that

Robert — Wednesday, 06 June 2012 12:17 PM: Someone who has sex with underage girls
Minor — Wednesday, 06 June 2012 12:17 PM: i am not that young
Robert — Wednesday, 06 June 2012 12:17 PM: How old are u
Minor — Wednesday, 06 June 2012 12:17 PM: u know how old i am
Minor — Wednesday, 06 June 2012 12:17 PM: i am 14
Robert — Wednesday, 06 June 2012 12:18 PM: And look how old I am 21. 7 years. I'm over the age of 18 still
Minor — Wednesday, 06 June 2012 12:18 PM: idc how old u r
Robert — Wednesday, 06 June 2012 12:19 PM: I car how old I am though. What do u ever know about me name 10 things
Minor — Wednesday, 06 June 2012 12:19 PM: shit idk ok i am not good under this type of preasure
Robert — Wednesday, 06 June 2012 12:20 PM: There's no pressure u should just know.
Minor — Wednesday, 06 June 2012 12:20 PM: ok i dont sorry if i dont do well under preasure
Robert — Wednesday, 06 June 2012 12:22 PM: Bullshit what's the god damn pressure there isn't any. Quit making up excuses like a fuckin child
Minor — Wednesday, 06 June 2012 12:22 PM: DONT EVER CALL ME A CHILD
Robert — Wednesday, 06 June 2012 12:23 PM: Compared to me you are a child
Minor — Wednesday, 06 June 2012 12:24 PM: well dont call me on i dont like that
Robert — Wednesday, 06 June 2012 12:25 PM: Well you are one so get over it

8. As the chats progress, "Robert" and the minor discuss several video conversations on Skype. During these messages they discuss viewing each other masturbate.

9. On Friday June 8, 2012, "Robert" initiates the communication and the two make plans for an in-person meeting:

Robert — Friday, 08 June 2012 05:23 AM: Hey babe wanna come over today
Minor — Friday, 08 June 2012 09:02 AM: yes i do
Robert — Friday, 08 June 2012 10:42 AM: U sure
Robert — Friday, 08 June 2012 10:58 AM: ??

Robert — Friday, 08 June 2012 11:26 AM: Well I need sec right now and whenever I need like ASAP
Minor — Friday, 08 June 2012 11:27 AM: babe she just left
Robert — Friday, 08 June 2012 11:28 AM: How did u get her to leave
Minor — Friday, 08 June 2012 11:28 AM: like i told her i needed to call my uncle and she said i am going home then b/c i dont wanna hear ur uncles piety party i should have tried this earlier
Minor — Friday, 08 June 2012 11:28 AM: :)
Minor — Friday, 08 June 2012 11:28 AM: come and get me
Robert — Friday, 08 June 2012 11:28 AM: What's your address?

Minor — Friday, 08 June 2012 11:29 AM: u CAN NOT park in my driveway ok
Minor — Friday, 08 June 2012 11:29 AM: and
Minor — Friday, 08 June 2012 11:29 AM: XXXX[1] Maurer Lane just like i spelled it
Robert — Friday, 08 June 2012 11:32 AM: I was just gonna just pick you up
Minor — Friday, 08 June 2012 11:32 AM: but i would rather have sex in my bed b/c i want to have the thought of u still in my room later tonight ok babe
Robert — Friday, 08 June 2012 11:33 AM: Not today babe
Robert — Friday, 08 June 2012 11:33 AM: We can have shower sex ;)
Minor — Friday, 08 June 2012 11:33 AM: then were r we gonna go
Minor — Friday, 08 June 2012 11:34 AM: i just took a shower
Robert — Friday, 08 June 2012 11:34 AM: My house my moms gone to the lake
Minor — Friday, 08 June 2012 11:34 AM: but what if u see what i am wearing and dont wanna wait till we get to ur house ;)
Minor — Friday, 08 June 2012 11:34 AM: ;)
Robert — Friday, 08 June 2012 11:35 AM: Well wait. I'm about to leave so you'll have to text my cell 502693XXXX[2]
Minor — Friday, 08 June 2012 11:35 AM: i'm sorry but i cant leave the house ok babe
Robert — Friday, 08 June 2012 11:35 AM: Then I'm not coming. I don't wanna get caught at your house
Minor — Friday, 08 June 2012 11:36 AM: fine dont come over no body is gonna be home until 4 anyways
Robert — Friday, 08 June 2012 11:36 AM: If your gonna have an attitude we can be done. Why can't you fuckin leave.
Minor — Friday, 08 June 2012 11:37 AM: i am scared to leave
Minor — Friday, 08 June 2012 11:37 AM: i scared as if like something bad might happen if i leave

10. During the communication, the minor begins to express concern about the in-person meeting, but "Robert" insists:

Minor — Friday, 08 June 2012 11:47 AM: what happened to u loving me i feel like ur just using me for sex
Minor — Friday, 08 June 2012 11:48 AM: now
Robert — Friday, 08 June 2012 11:48 AM: Well I'm fuckin horny I love u but I need sex like now. So fuckin choose stay home or come here
Minor — Friday, 08 June 2012 11:48 AM: i pick
Minor — Friday, 08 June 2012 11:49 AM: u to come and pick me up i think
Robert — Friday, 08 June 2012 11:49 AM: I need a forsure answer
Minor — Friday, 08 June 2012 11:49 AM: well i am not sure yet ok
Minor — Friday, 08 June 2012 11:49 AM: i am scared
Robert — Friday, 08 June 2012 11:49 AM: Well I need a forsure answer in the next ten minutes
Minor — Friday, 08 June 2012 11:50 AM: if i dont who r u gonna fuck if i dont come over i would like to know even though ur gonna end us?

---

[1] The full street address has been redacted.
[2] The full telephone number has been redacted.

Robert — Friday, 08 June 2012 11:50 AM: A girl I work with
Minor — Friday, 08 June 2012 11:50 AM: would it end us if i didnt come over??
Robert — Friday, 08 June 2012 11:51 AM: Possibly
Minor — Friday, 08 June 2012 11:51 AM: really?
Robert — Friday, 08 June 2012 11:51 AM: Yes
Minor — Friday, 08 June 2012 11:51 AM: u know i wanna come over but i am scared to leave babe
Robert — Friday, 08 June 2012 11:52 AM: U have 9 minutes to decide. And if u choose to come then bail. We are beyond done ok?
Minor — Friday, 08 June 2012 11:53 AM: ;( i cant babe i cant ;(
Minor — Friday, 08 June 2012 11:53 AM: i am so sorry
Robert — Friday, 08 June 2012 11:53 AM: Then it's your loss
Minor — Friday, 08 June 2012 11:53 AM: babe i want u to know something ok
Robert — Friday, 08 June 2012 11:53 AM: Ok
Minor — Friday, 08 June 2012 11:54 AM: i am ok with u fucking other chick if i cant come over but as long as u tell me when u do ok babe
Robert — Friday, 08 June 2012 11:55 AM: Bahaha. That would be the worst decision you ever make. But I don't cheat like that
Robert — Friday, 08 June 2012 11:55 AM: Your just trying not to lose me
Minor — Friday, 08 June 2012 11:56 AM: babe i am trying not to lose u b/c i love u and b/c i dont wanna have another heart break
Robert — Friday, 08 June 2012 11:57 AM: Too late it's already broken. I'm bout to leave to get the other girl
Minor — Friday, 08 June 2012 11:58 AM: ;( ;( ;( ;( ;( ;(
Robert — Friday, 08 June 2012 11:59 AM: U made your choice
Minor — Friday, 08 June 2012 11:59 AM: thanks for the heart break i know what i need to go do now
Robert — Friday, 08 June 2012 11:59 AM: What??
Minor — Friday, 08 June 2012 11:59 AM
hurt myself or hurt something idk yet and i havent done this in forever but ur making me
Robert — Friday, 08 June 2012 12:00 PM
Damn u actually think I'd break up with u nd fuck another girl
Minor — Friday, 08 June 2012 12:00 PM: idk ur being so serious
Robert — Friday, 08 June 2012 12:01 PM: In trying to get u to come over
Minor — Friday, 08 June 2012 12:01 PM: babe i am scared to ok
Minor — Friday, 08 June 2012 12:01 PM: ;( ;( ;(
Robert — Friday, 08 June 2012 12:01 PM: Get the fuck over it

Robert — Friday, 08 June 2012 12:15 PM: We're done your like every other girl abd stood me up
Minor — Friday, 08 June 2012 12:15 PM: kk kool bye
Robert — Friday, 08 June 2012 12:16 PM: You don't give a fuck wow don't bother messaging me or anything again
Robert — Friday, 08 June 2012 12:16 PM: Fuckin slut
Minor — Friday, 08 June 2012 12:22 PM: wow really wow

Robert — Friday, 08 June 2012 12:23 PM: Your the one whose 14 and fucks anything with a dick almost.
Minor — Friday, 08 June 2012 12:29 PM: not anything
Minor — Friday, 08 June 2012 12:29 PM: i dont just sleep around

Robert — Friday, 08 June 2012 12:49 PM: I'm sorry. Come fuck me please
Minor — Friday, 08 June 2012 12:49 PM: i want to but how am i gonna stay i dont ever wanna come back home
Robert — Friday, 08 June 2012 12:50 PM: Hmm what are u doing tonight.
Minor — Friday, 08 June 2012 12:50 PM: nothing why babe
Robert — Friday, 08 June 2012 12:51 PM: Hmm my dads gonna come home before he goes to the lake. When he leave do u wanna come over
Minor — Friday, 08 June 2012 12:51 PM: what time will that be
Robert — Friday, 08 June 2012 12:51 PM: Idk after 4
Minor — Friday, 08 June 2012 12:52 PM: hmm idk i still have to pack my bags
Robert — Friday, 08 June 2012 12:52 PM: But I have to work tonight. But u can sit in my car while I'm at work
Minor — Friday, 08 June 2012 12:53 PM: i would like that idc i would probably sleep until u got off that way i would be reted
Minor — Friday, 08 June 2012 12:53 PM: rested
Robert — Friday, 08 June 2012 12:53 PM: But you'll have to come up with an excuse to your parents. Babe come over we can do a preview for later ;)
Minor — Friday, 08 June 2012 12:54 PM: i gotta pack and i will just leave and leave a note saying i need a break

11. During the messages, "Robert" provided the minor with his cell phone number. A subpoena for subscriber information for phone number 502-693-XXXX[3] yielded.
Name: Gordon L Lopp
Address XXXX[4] Korb Avenue, New Albany, IN 47150

12. Utilizing open source internet search engines and the subpoena return information, Affiant identified "Robert" as:

Robert L Real III,
XXXX[5] Coes Lane
New Albany, IN 47150

Real is currently 20 years old, and will turn 21 next week.

13. Law enforcement officials, including Affiant, went to Robert Real's place of employment on June 13, 2012. Upon confirming his identity, law enforcement officials conducted a probable cause arrest of Real. FBI Special Agent Adam Keown advised Real of his

---

[3] The full phone number has been redacted.
[4] The full street address has been redacted.
[5] The full street address has been redacted.

constitutional rights. Real waived those rights and agreed to an interview. During the interview, Real admitted that he had communicated with the minor on Daboo.com and picked her up from her home in Jefferson County, Kentucky, and transported her back to his residence, in Indiana. He further admitted that at his residence, he engaged in sexual activity with the minor, including intercourse. He denied knowing her actual age – 14.

## CONCLUSION

Based upon all of the information set forth herein, your Affiant respectfully submits that there is probable cause to believe that:

1. On or about and between May 2012 and June 2012, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, Robert L. Real, III, knowingly used a facility or means of interstate commerce, that is, communications over the Internet, and persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense in violation of 18 U.S.C. § 2422(b); and

2. On or about June 8, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, Robert L. Real, III, knowingly transported an individual who had not attained the age of 18 in interstate commerce, namely, from Kentucky to Indiana,, with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2423(a).

_____
Dan Jackman
Detective, Louisville Metro Police Department
 Crimes Against Children Unit
Task Force Officer Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 13th day of June 2012.

_____
DAVE WHALIN
United States Magistrate Judge

DJH;JEL