# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

**VS.**                                      **CRIMINAL ACTION NUMBER: 3:12-MJ-224**

**ROBERT L. REAL, III**                                                                    **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on June 14, 2012 to conduct a combined preliminary and detention hearing.

### APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Robert L. Real, III - Present and in custody<br>Richard Earl Cooper - Appointed - Present |
| Court Reporter: | Dena Legg |

Upon agreement of the parties and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that this case is **CONTINUED** for a combined preliminary and detention hearing on **Tuesday, June 19, 2012 at 3:00 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal pending further order of the Court.

This 14th day of June, 2012.

                                          **ENTERED BY ORDER OF THE COURT:**
                                          **DAVE WHALIN**
                                            **UNITED STATES MAGISTRATE JUDGE**
                                            **VANESSA L. ARMSTRONG, CLERK**
                                            **BY: /s/ Ashley Powell**
                                            **Ashley Powell - Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|05