# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                      **CRIMINAL ACTION NUMBER: 3:12-MJ-224**

**ROBERT L. REAL, III**                                                          **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on June 19, 2012 for a combined preliminary and detention hearing.

APPEARANCES
For the United States:      Jo Ellen Lawless, Assistant United States Attorney
For the defendant:        Defendant, Robert L. Real, III  - Present and in custody
                               Richard Earl Cooper - Appointed - Present
Court Reporter:           Dena Legg

The Court having heard sworn testimony, and for the reasons stated on the record, finds probable cause.

The Court having heard evidence proffered by the parties;

**IT IS HEREBY ORDERED** that the defendant be **detained** in the custody of the U.S. Marshal pursuant to the provisions set forth in the Order of Detention Pending Trial to be entered into the record herein.

**IT IS FURTHER ORDERED** that this matter is scheduled for arraignment proceedings on **Tuesday, July 24, 2012 at 9:30 a.m.** before the Honorable James D. Moyer, United States Magistrate Judge.

This 20th day of June, 2012.

                                                     **ENTERED BY ORDER OF THE COURT:**
                                                     **DAVE WHALIN**
                                                     **UNITED STATES MAGISTRATE JUDGE**
                                                     **VANESSA L. ARMSTRONG, CLERK**
                                                     **BY: /s/ Ashley Powell**
                                                     **Ashley Powell - Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant