FILED
VANESSA L. ARMSTRONG, CLERK

JUL 0 3 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

ROBERT L. REAL, III

INDICTMENT

NO. 3:12CR-87-H

18 U.S.C. §2422(b)
18 U.S.C. § 2423(a)
18 U.S.C. § 2428

The Grand Jury charges:

## COUNT 1

On or about and between May 7, 2012, and June 8, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **ROBERT L. REAL, III**, using a facility and means of interstate commerce, that is, wire communications over the Internet and a cellular telephone, did knowingly persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity, for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 2

On or about June 8, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **ROBERT L. REAL, III**, knowingly transported Jane Doe, a person who had not attained the age of 18 years, in interstate commerce (*i.e.*, from

Kentucky to Indiana), with the intent that Jane Doe engage in sexual activity, for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of 18 U.S.C. §§ 2422(b) and 2423(a), as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ROBERT L. REAL, III,** shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real and personal, used or intended to be used to commit or to facilitate the commission of the offenses.

A TRUE BILL.

FOREPERSON

_____
DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JEL:120618

2

UNITED STATES OF AMERICA v. **ROBERT L. REAL, III**

## PENALTIES

Count 1: NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2: NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.     Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made **payable to the Clerk, U.S. District Court** and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

FILED
VANESSA L. ARMSTRONG, CLERK

JUL 03 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
ROBERT L. REAL, III

# INDICTMENT
**Title 18 U.S.C. §§ 2422(b); 2423(a):**
Persuading, Inducing, and Enticing a Minor to Engage in Sexual Activity Using a Facility and Means of Interstate Commerce; Transporting a Minor in Interstate Commerce With the Intent that the Minor Engage in Sexual Activity.

*A true l*

_____ . Foreman

*Filed in open court this* 3rd day, *of* July, A.D. 2012.

_____
Clerk

Bail, $