**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**
*Electronically Filed*

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**v.**                      **CRIMINAL ACTION NUMBER: 3:12CR-87-JGH**

**ROBERT L. REAL, III**                                       **DEFENDANT**

**DEFENDANT'S PRETRIAL MEMORANDUM**

Defendant, Robert Real, III, by counsel, submits his Pretrial Memorandum pursuant to the Court's Pretrial Order.

**I.
STATUTES INVOLVED AND ELEMENTS OF THE OFFENSE**

Defendant has been charged in Count 1 of the Indictment with use of interstate commerce to solicit sexual activity with a minor, Jane Doe, in violation of Title 18, United States Code, Section 2422(b), and in Count 2 with interstate travel to engage in sexual activity with a minor, Jane Doe, in violation of Title 18, United States Code, Section 2423(a).

**Elements Of Use Of Interstate Commerce To Solicit Sexual Activity With Minor**

First, Defendant used a facility of interstate commerce;

Second, Defendant knowingly persuaded Jane Doe to engage in sexual activity;

Third, This sexual activity would violate state law; and

Fourth, Jane Doe was less than eighteen years old.

1

**Elements Of Interstate Transportation Of A Minor To Engage In Sexual Activity**

First, Defendant knowingly transported Jane Doe in interstate commerce;

Second, Defendant transported Jane Doe with the intent to engage in sexual activity;

Third, This sexual activity would violate state law; and

Fourth, Jane Doe was less than eighteen years old.

## II.
## STATEMENT OF FACTS

According to the Indictment, the government alleges between May 7, 2012 and June 8, 2012 Defendant using the internet and a cellular telephone did knowingly persuade, induce, or entice an individual, who had not attained the age of eighteen years, to engage in sexual activity, which a person may be charged with a criminal offense (Count 1), and on June 8, 2012 Defendant knowingly transported a person who had not attained the age of eighteen years from Kentucky to Indiana with intent to engage in sexual activity (Count 2).

Defendant by his plea of not guilty denies the allegations.

## III.
## SUBSTANTIVE ISSUES OF LAW

Defendant is unaware of any substantive issues of law.

# IV.
# EVIDENTIARY ISSUES

There is an evidentiary issue related to certain documents provided as discovery by the government that are unreadable.

# V.
# OTHER TRIAL PROBLEMS

Defendant has not been given any indication of the timing of production of Title 18, United States Code, Section 3500 witness statements or Brady information.

# VI.
# SUBSTANTIVE AND SPECIAL JURY INSTRUCTIONS

## Defendant's Proposed Jury Instruction No. 1
## Presumption Of Innocence, Burden Of Proof And Reasonable Doubt

The Defendant has pleaded not guilty to the crimes charged in the Indictment. The Indictment is not any evidence of guilt. It is just a formal way the government tells the Defendant what crime he is accused of committing. It does not even raise any suspicion of guilt.

The Defendant is presumed innocent. This presumption of innocence stays with him unless the government presents evidence that overcomes the presumption, and convinces you beyond a reasonable doubt he is guilty.

The Defendant has no obligation to present any evidence or to prove to you in any way he is innocent. It is up to the government to prove the Defendant guilty, and this burden stays on the government from the beginning of the trial to the end of the trial. You must find the

Defendant not guilty unless the government convinces you beyond a reasonable doubt that he is guilty.

The government must prove every element of the crime charged beyond a reasonable doubt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is a doubt based on reason and common sense. It may arise from the evidence, the lack of evidence, or the nature of the evidence.

Proof beyond a reasonable doubt means proof which is so convincing that you would not hesitate to rely and act on it in making the most important decisions in your own lives. If you are convinced the government has proved the Defendant guilty beyond a reasonable doubt, say so by returning a guilty verdict. If you are not convinced, say so by returning a not guilty verdict.

### Defendant's Proposed Jury Instruction No. 2
### Multiple Crimes Separate Consideration

Defendant has been charged with two crimes. The number of charges is no evidence of guilty, and this should not influence your decision in any way. It is your duty to separately consider the evidence that relates to each charge, and to return a separate verdict for each one. For each charge, you must decide whether the government has presented proof beyond a reasonable doubt the Defendant is guilty of that particular charge.

Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on the other charge.

**Defendant's Proposed Jury Instruction No. 3**
**Defendant's Election Not To Testify Or Present Evidence**

The Defendant has an absolute right not to testify or present evidence. The fact that he did not testify or present any evidence cannot be considered by you in any way. Do not even discuss it in your deliberations.

Remember that it is up to the government to prove the Defendant guilty beyond a reasonable doubt. It is not up to the Defendant to prove that he is innocent.

**Defendant's Proposed Jury Instruction No. 4**
**Use Of Interstate Commerce To Solicit Sex**

In order to prove the Defendant guilty of using a facility of interstate commerce to persuade, induce, entice or coerce an individual to engage in illegal sexual activity, the government must prove each of the following elements beyond a reasonable doubt:

First, Defendant used a facility of interstate commerce;

Second, Defendant knowingly persuaded, induced or enticed Jane Doe to engage in sexual activity;

Third, This sexual activity would violate state law; and

Fourth, Jane Doe was less than eighteen years old.

### Defendant's Proposed Jury Instruction No. 5
### Interstate Transportation Of Minor To Engage In Sexual Activity

In order to prove the Defendant guilty of interstate transportation of a minor for the purpose of engaging in sexual activity, the government must prove each of the following elements beyond a reasonable doubt:

First, Defendant knowingly transported Jane Doe in interstate commerce;

Second, Defendant transported Jane Doe with the intent to engage in sexual activity;

Third, The sexual activity would violate state law; and

Fourth, Jane Doe was less than eighteen years old.

## VII.
## PROPOSES VOIR DIRE QUESTIONS

1. Do you or any member of your family or friends know the Assistant United States Attorney or members of the United States Attorney's Office?

2. Do any of you know or believe you know the following people who may be witnesses in the government case?

3. Are any of you, your family members, or friends employed by the federal government?

4. Do you have relatives or close friends who work in federal or state law enforcement agencies?

5. Is anyone a member of any group which promotes laws and advocates against child abuse, child pornography, or child sex abuse?

6. Has anyone been a victim of a crime involving sex?

7. Have any of you previously served on a jury? If so, when, what type of case, and did you reach a verdict?

8. The Defendant has pleaded not guilty to the crimes charged in the Indictment. Who feels they will need the Defendant to testify?

9. Do you understand the Defendant entered a plea of guilty and is innocent until proven otherwise?

10. Do you have any difficulty presuming the Defendant innocent?

11. Do you understand the government is required by law to prove the Defendant guilty beyond a reasonable doubt?

12. If the government fails to meet that burden, do you understand you must find the Defendant not guilty?

13. Do you understand the Defendant does not have to testify at trial and nothing can be inferred from him not testifying?

14. Does anyone believe for whatever reason you should not sit in judgment of someone?

Respectfully submitted,

/s/ Richard Cooper
The Seventeenth Floor
Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
(502) 587-6554
(502) 585-3548 (fax)
Counsel for Defendant Robert L. Real, III
richardcooperesq@gmail.com

**CERTIFICATE**

      I hereby certify that on August 29, 2012, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney Jo E. Lawless.

                                          /s/ Richard Cooper
                                          RICHARD COOPER