UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF(S)

VS                                                CRIMINAL ACTION NO. 3:12CR-87-H

ROBERT L. REAL III                                                  DEFENDANT(S)

## O R D E R

Due to a change in the Court's schedule;

**IT IS HEREBY ORDERED** that the **change of plea** set for **November 1, 2012** at **12:00 p.m.** is hereby **RESET** for **1:15 p.m**

Date: October 23, 2012

> **ENTERED BY ORDER OF COURT**
> **JOHN G. HEYBURN II, JUDGE**
> **UNITED STATES DISTRICT COURT**
> **VANESSA L. ARMSTRONG, CLERK**
>
> **BY:** */s/: Andrea Kash*
> **Deputy Clerk**

Copies to:
Counsel of Record
United States Probation