UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:12CR-87-JGH

ROBERT L. REAL, III  DEFENDANT

## PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c)(1) (C), the United States of America, by David J. Hale, United States Attorney for the Western District of Kentucky, and defendant, Robert L. Real, III, and his attorney, Richard Cooper, have agreed upon the following:

1. Defendant acknowledges that he has been charged in the Indictment in this case with violations of 18 U.S.C. §§ 2422(b) and 2423(a). Defendant further acknowledges that the Indictment in this case seeks forfeiture, pursuant to 18 U.S.C. § 2428, of any property, real and personal, used or intended to be used to commit or to facilitate the commission of the offenses set out in Counts 1 and 2.

2. Defendant has read the charges against him contained in the Indictment, and those charges have been fully explained to him by his attorney. Defendant fully understands the nature and elements of the crimes with which he has been charged.

3. Defendant will enter a voluntary plea of guilty to the charges in the Indictment in this case. Defendant will plead guilty because he is in fact guilty of the charges. The parties agree to the following factual basis for this plea:

    On Friday, June 8, 2012 a 14-year-old girl had been reported missing to the Louisville Metro Police Department by her parents. The minor lived in Jefferson County, Kentucky, which is in the Western Ditrict of Kentucky. The minor was located on

Saturday afternoon, June 9, 2012, at a bowling alley in Southern Jefferson County. The minor's parents learned that she had been communicating with an adult, "Robert" who lived in Indiana, on a social networking website called BADOO.com. The FBI Cyber Crimes Task Force was notified of the incident and initiated an investigation.

On June 11, 2012, law enforcement interviewed the minor. The minor stated that she had met "Robert" on Badoo.com. While their chats began friendly, they soon turned sexual in nature and they discussed meeting in real life. The minor mentioned that they agreed for "Robert" to pick her up near her home in Jefferson County on Friday June 8, 2012. "Robert" arrived at the minor's home while her parents were at work and then transported her to his residence in New Albany, Indiana. While at "Robert's" residence, the minor and "Robert" engaged in sexual relations multiple times. According to the minor, they had anal, vaginal, and oral sex. On Saturday afternoon, the decision was made to take the minor back Jefferson County. "Robert" dropped the minor off at a bowling alley in Southern Jefferson County.

After speaking with the minor, a law enforcement official interviewed the minor's parents. The parents gave consent to review the family computer and the minor's laptop for additional evidence. From the computer, law enforcement officials observed messages between "Robert" and the minor that had occurred on Badoo.com. There were over 2,500 messages between "Robert" and the minor. Excerpts of the communications are set out below.

On May 7, 2012:

Robert — Monday, 07 May 2012 04:25 PM: Hey
Minor — Monday, 07 May 2012 04:26 PM: hi
Robert — Monday, 07 May 2012 04:27 PM: Sup
Minor — Monday, 07 May 2012 04:27 PM: nothin wbu
Robert — Monday, 07 May 2012 04:28 PM: Laying in bed bored
Minor — Monday, 07 May 2012 04:28 PM: awe i am sorry
Robert — Monday, 07 May 2012 04:30 PM: It's all good. Your cute
Minor — Monday, 07 May 2012 04:30 PM: thank u ur hot
Robert — Monday, 07 May 2012 04:31 PM: Thanks. Your 18 right?
Minor — Monday, 07 May 2012 04:31 PM: yes
Minor — Monday, 07 May 2012 04:31 PM: ur 20 right
Robert — Monday, 07 May 2012 04:31 PM: Yep
Minor — Monday, 07 May 2012 04:32 PM: kool

Later that same day and continuing into the next day, their communications turned sexual in nature. On May 8, 2012, the minor informed "Robert" of her actual age:

Minor — Tuesday, 08 May 2012 06:07 PM: just promise not to freak out

Robert — Tuesday, 08 May 2012 06:09 PM: Ok
Minor — Tuesday, 08 May 2012 06:10 PM: i am really 14 years old but i have been doin all the playin i am sayin i am doin just i am at school when we talked earlier and i bowl friday night and i bowl saturday mornin
Robert — Tuesday, 08 May 2012 06:11 PM: Wow.
Minor — Tuesday, 08 May 2012 06:12 PM: sorry but i still wanna go out with u i have dated 18-26 years old guys i like them better b/c they satisfy me better
Robert — Tuesday, 08 May 2012 06:13 PM: Yeah but you can't hang out when I can. Lol
Minor — Tuesday, 08 May 2012 06:14 PM: i can if i trick my parents like i have in the past
Robert — Tuesday, 08 May 2012 06:15 PM: Well try to Friday when I get off wit
Robert — Tuesday, 08 May 2012 06:15 PM: Work...

On May 8, 2012, after learning of the minor's true age, "Robert" agreed to meet her for sex:

Minor — Tuesday, 08 May 2012 06:28 PM: so if i am thinkin correct u still wanna meet me
Minor — Tuesday, 08 May 2012 06:34 PM: Robert r u mad at me r u freaked out
Robert — Tuesday, 08 May 2012 06:34 PM: Idk well see.
Minor — Tuesday, 08 May 2012 06:34 PM: ok b/c i will do everythin i said i would do to u have before and will again
Robert — Tuesday, 08 May 2012 06:34 PM: Ok
Minor — Tuesday, 08 May 2012 06:35 PM: so r u mad at me or freaked out
Robert — Tuesday, 08 May 2012 06:35 PM: Idk
Minor — Tuesday, 08 May 2012 06:35 PM: i am sorry
Minor — Tuesday, 08 May 2012 06:35 PM: i should have told u in the beginin
Robert — Tuesday, 08 May 2012 06:38 PM: Yeah.. I mean I'll still tap it ;)
Minor — Tuesday, 08 May 2012 06:38 PM: :):):)
Minor — Tuesday, 08 May 2012 06:38 PM: fine with me
Minor — Tuesday, 08 May 2012 06:40 PM: i just wish i was 18 that way we could dat
Minor — Tuesday, 08 May 2012 06:40 PM: date

The messages between "Robert" and the minor become more sexual in nature. On June 6, 2012, "Robert" and the minor again discussed their age differences:

Robert — Wednesday, 06 June 2012 12:15 PM: Idt I can do this I feel like a pedo
Minor — Wednesday, 06 June 2012 12:15 PM: a what
Robert — Wednesday, 06 June 2012 12:15 PM: Pedophile
Minor — Wednesday, 06 June 2012 12:16 PM: whats that
Robert — Wednesday, 06 June 2012 12:17 PM: Someone who has sex with underage girls
Minor — Wednesday, 06 June 2012 12:17 PM: i am not that young
Robert — Wednesday, 06 June 2012 12:17 PM: How old are u

Minor — Wednesday, 06 June 2012 12:17 PM: u know how old i am
Minor — Wednesday, 06 June 2012 12:17 PM: i am 14
Robert — Wednesday, 06 June 2012 12:18 PM: And look how old I am 21. 7 years. I'm over the age of 18 still
Minor — Wednesday, 06 June 2012 12:18 PM: idc how old u r
Robert — Wednesday, 06 June 2012 12:19 PM: I car how old I am though. What do u ever know about me name 10 things
Minor — Wednesday, 06 June 2012 12:19 PM: shit idk ok i am not good under this type of preasure
Robert — Wednesday, 06 June 2012 12:20 PM: There's no pressure u should just know.
Minor — Wednesday, 06 June 2012 12:20 PM: ok i dont sorry if i dont do well under preasure
Robert — Wednesday, 06 June 2012 12:22 PM: Bullshit what's the god damn pressure there isn't any. Quit making up excuses like a fuckin child
Minor — Wednesday, 06 June 2012 12:22 PM: DONT EVER CALL ME A CHILD
Robert — Wednesday, 06 June 2012 12:23 PM: Compared to me you are a child
Minor — Wednesday, 06 June 2012 12:24 PM: well dont call me on i dont like that
Robert — Wednesday, 06 June 2012 12:25 PM: Well you are one so get over it

As the chats progressed, "Robert" and the minor discussed several video conversations on Skype. During these messages they discussed viewing each other masturbate.

On Friday June 8, 2012, "Robert" initiated the communication and the two made plans for an in-person meeting:

Robert — Friday, 08 June 2012 05:23 AM: Hey babe wanna come over today
Minor — Friday, 08 June 2012 09:02 AM: yes i do
Robert — Friday, 08 June 2012 10:42 AM: U sure
Robert — Friday, 08 June 2012 10:58 AM: ??


Robert — Friday, 08 June 2012 11:26 AM: Well I need sec right now and whenever I need like ASAP
Minor — Friday, 08 June 2012 11:27 AM: babe she just left
Robert — Friday, 08 June 2012 11:28 AM: How did u get her to leave
Minor — Friday, 08 June 2012 11:28 AM: like i told her i needed to call my uncle and she said i am going home then b/c i dont wanna hear ur uncles piety party i should have tried this earlier
Minor — Friday, 08 June 2012 11:28 AM: :)
Minor — Friday, 08 June 2012 11:28 AM: come and get me
Robert — Friday, 08 June 2012 11:28 AM: What's your address?
Minor — Friday, 08 June 2012 11:29 AM: u CAN NOT park in my driveway ok
Minor — Friday, 08 June 2012 11:29 AM: and

4

Minor — Friday, 08 June 2012 11:29 AM: XXXX Maurer Lane just like i spelled it
Robert — Friday, 08 June 2012 11:32 AM: I was just gonna just pick you up
Minor — Friday, 08 June 2012 11:32 AM: but i would rather have sex in my bed b/c i want to have the thought of u still in my room later tonight ok babe
Robert — Friday, 08 June 2012 11:33 AM: Not today babe
Robert — Friday, 08 June 2012 11:33 AM: We can have shower sex ;)
Minor — Friday, 08 June 2012 11:33 AM: then were r we gonna go
Minor — Friday, 08 June 2012 11:34 AM: i just took a shower
Robert — Friday, 08 June 2012 11:34 AM: My house my moms gone to the lake
Minor — Friday, 08 June 2012 11:34 AM: but what if u see what i am wearing and dont wanna wait till we get to ur house ;)
Minor — Friday, 08 June 2012 11:34 AM: ;)
Robert — Friday, 08 June 2012 11:35 AM: Well wait. I'm about to leave so you'll have to text my cell 502693XXXX
Minor — Friday, 08 June 2012 11:35 AM: i'm sorry but i cant leave the house ok babe
Robert — Friday, 08 June 2012 11:35 AM: Then I'm not coming. I don't wanna get caught at your house
Minor — Friday, 08 June 2012 11:36 AM: fine dont come over no body is gonna be home until 4 anyways
Robert — Friday, 08 June 2012 11:36 AM: If your gonna have an attitude we can be done. Why can't you fuckin leave.
Minor — Friday, 08 June 2012 11:37 AM: i am scared to leave
Minor — Friday, 08 June 2012 11:37 AM: i scared as if like something bad might happen if i leave

During the communication, the minor began to express concern about the in-person meeting, but "Robert" insisted:

Minor — Friday, 08 June 2012 11:47 AM: what happened to u loving me i feel like ur just using me for sex
Minor — Friday, 08 June 2012 11:48 AM: now
Robert — Friday, 08 June 2012 11:48 AM: Well I'm fuckin horny I love u but I need sex like now. So fuckin choose stay home or come here
Minor — Friday, 08 June 2012 11:48 AM: i pick
Minor — Friday, 08 June 2012 11:49 AM: u to come and pick me up i think
Robert — Friday, 08 June 2012 11:49 AM: I need a forsure answer
Minor — Friday, 08 June 2012 11:49 AM: well i am not sure yet ok
Minor — Friday, 08 June 2012 11:49 AM: i am scared
Robert — Friday, 08 June 2012 11:49 AM: Well I need a forsure answer in the next ten minutes
Minor — Friday, 08 June 2012 11:50 AM: if i dont who r u gonna fuck if i dont come over i would like to know even though ur gonna end us?
Robert — Friday, 08 June 2012 11:50 AM: A girl I work with
Minor — Friday, 08 June 2012 11:50 AM: would it end us if i didnt come over??

5

Robert — Friday, 08 June 2012 11:51 AM: Possibly
Minor — Friday, 08 June 2012 11:51 AM: really?
Robert — Friday, 08 June 2012 11:51 AM: Yes
Minor — Friday, 08 June 2012 11:51 AM: u know i wanna come over but i am scared to leave babe
Robert — Friday, 08 June 2012 11:52 AM: U have 9 minutes to decide. And if u choose to come then bail. We are beyond done ok?
Minor — Friday, 08 June 2012 11:53 AM: ;( i cant babe i cant ;(
Minor — Friday, 08 June 2012 11:53 AM: i am so sorry
Robert — Friday, 08 June 2012 11:53 AM: Then it's your loss
Minor — Friday, 08 June 2012 11:53 AM: babe i want u to know something ok
Robert — Friday, 08 June 2012 11:53 AM: Ok
Minor — Friday, 08 June 2012 11:54 AM: i am ok with u fucking other chick if i cant come over but as long as u tell me when u do ok babe
Robert — Friday, 08 June 2012 11:55 AM: Bahaha. That would be the worst decision you ever make. But I don't cheat like that
Robert — Friday, 08 June 2012 11:55 AM: Your just trying not to lose me
Minor — Friday, 08 June 2012 11:56 AM: babe i am trying not to lose u b/c i love u and b/c i dont wanna have another heart break
Robert — Friday, 08 June 2012 11:57 AM: Too late it's already broken. I'm bout to leave to get the other girl
Minor — Friday, 08 June 2012 11:58 AM: ;( ;( ;( ;( ;( ;(
Robert — Friday, 08 June 2012 11:59 AM: U made your choice
Minor — Friday, 08 June 2012 11:59 AM: thanks for the heart break i know what i need to go do now
Robert — Friday, 08 June 2012 11:59 AM: What??
Minor — Friday, 08 June 2012 11:59 AM
hurt myself or hurt something idk yet and i havent done this in forever but ur making me
Robert — Friday, 08 June 2012 12:00 PM
Damn u actually think I'd break up with u nd fuck another girl
Minor — Friday, 08 June 2012 12:00 PM: idk ur being so serious
Robert — Friday, 08 June 2012 12:01 PM: In trying to get u to come over
Minor — Friday, 08 June 2012 12:01 PM: babe i am scared to ok
Minor — Friday, 08 June 2012 12:01 PM: ;( ;( ;(
Robert — Friday, 08 June 2012 12:01 PM: Get the fuck over it

Robert — Friday, 08 June 2012 12:15 PM: We're done your like every other girl abd stood me up
Minor — Friday, 08 June 2012 12:15 PM: kk kool bye
Robert — Friday, 08 June 2012 12:16 PM: You don't give a fuck wow don't bother messaging me or anything again
Robert — Friday, 08 June 2012 12:16 PM: Fuckin slut
Minor — Friday, 08 June 2012 12:22 PM: wow really wow

Robert — Friday, 08 June 2012 12:23 PM: Your the one whose 14 and fucks anything with a dick almost.
Minor — Friday, 08 June 2012 12:29 PM: not anything
Minor — Friday, 08 June 2012 12:29 PM: i dont just sleep around


Robert — Friday, 08 June 2012 12:49 PM: I'm sorry. Come fuck me please
Minor — Friday, 08 June 2012 12:49 PM: i want to but how am i gonna stay i dont ever wanna come back home
Robert — Friday, 08 June 2012 12:50 PM: Hmm what are u doing tonight.
Minor — Friday, 08 June 2012 12:50 PM: nothing why babe
Robert — Friday, 08 June 2012 12:51 PM: Hmm my dads gonna come home before he goes to the lake. When he leave do u wanna come over
Minor — Friday, 08 June 2012 12:51 PM: what time will that be
Robert — Friday, 08 June 2012 12:51 PM: Idk after 4
Minor — Friday, 08 June 2012 12:52 PM: hmm idk i still have to pack my bags
Robert — Friday, 08 June 2012 12:52 PM: But I have to work tonight. But u can sit in my car while I'm at work
Minor — Friday, 08 June 2012 12:53 PM: i would like that idc i would probably sleep until u got off that way i would be reted
Minor — Friday, 08 June 2012 12:53 PM: rested
Robert — Friday, 08 June 2012 12:53 PM: But you'll have to come up with an excuse to your parents. Babe come over we can do a preview for later ;)
Minor — Friday, 08 June 2012 12:54 PM: i gotta pack and i will just leave and leave a note saying i need a break

During the messages, "Robert" provided the minor with his cell phone number. Utilizing open source internet search engines and the subpoena return information, law enforcement officials identified "Robert" as: Robert L Real III, XXXX Coes Lane, New Albany, IN 47150.

Law enforcement officials went to Robert Real's place of employment on June 13, 2012. Upon confirming his identity, law enforcement officials conducted a probable cause arrest of Real. After waiving his constitutional rights, Real agreed to an interview. During the interview, Real admitted that he had communicated with the minor on Badoo.com and picked her up from her home in Jefferson County, Kentucky, and transported her back to his residence, in Indiana. He further admitted that at his residence, he engaged in sexual activity with the minor, including intercourse.

4. Defendant understands that the charges to which he will plead guilty carry a combined minimum term of imprisonment of 10 years, a combined maximum term of imprisonment of life, a combined maximum fine of $500,000.00, and supervised release of at

least 5 years and could be up to any number of years, including life, which the Court may specify. Defendant understands that an additional term of imprisonment may be ordered if the terms of the supervised release are violated, as explained in 18 U.S.C. § 3583.

5. Defendant understands that if a term of imprisonment of more than one year is imposed, the Sentencing Guidelines require a term of supervised release and that he will then be subject to certain conditions of release. §§5D1.1, 5D1.2, 5D1.3.

6. Defendant understands that by pleading guilty, he surrenders certain rights set forth below. Defendant's attorney has explained those rights to him and the consequences of his waiver of those rights, including the following:

> A. If defendant persists in a plea of not guilty to the charges against him, he has the right to a public and speedy trial. The trial could either be a jury trial or a trial by the judge sitting without a jury. If there is a jury trial, the jury would have to agree unanimously before it could return a verdict of either guilty or not guilty. The jury would be instructed that defendant is presumed innocent and that it could not convict him unless, after hearing all the evidence, it was persuaded of defendant's guilt beyond a reasonable doubt.
>
> B. At a trial, whether by a jury or a judge, the United States would be required to present its witnesses and other evidence against defendant. Defendant would be able to confront those government witnesses and his attorney would be able to cross-examine them. In turn, defendant could present witnesses and other evidence in his own behalf. If the witnesses for defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court.
>
> C. At a trial, defendant would have a privilege against self-incrimination and he could decline to testify, without any inference of guilt being drawn from his refusal to testify. If defendant desired to do so, he could testify in his own behalf.

7. Defendant understands that the United States Attorney's Office has an obligation to fully apprise the District Court and the United States Probation Office of all facts pertinent to the sentencing process, and to respond to all legal or factual inquiries that might arise either

8

before, during, or after sentencing. Defendant admits all acts and essential elements of the Indictment count to which he pleads guilty.

8. Defendant understands that he may be responsible for a fine, costs of prosecution, costs of incarceration and supervision which may be required. All financial matters are left to be addressed at sentencing.

9. Defendant acknowledges liability for the special assessment mandated by 18 U.S.C. § 3013 and will pay the assessment in the amount of $200.00 to the United States District Court Clerk's Office **by** the date of sentencing.

10. At the time of sentencing, the United States will

-agree that a sentence of imprisonment of 10 years in prison followed by a life term of Supervised Release is the appropriate disposition of this case.

-agree that a fine at the lowest end of the applicable Guideline Range is appropriate, and is to be due and payable on the date of sentencing based upon a determination of the defendant's ability to pay - as demonstrated in the presentence investigation report.[1]

11. Defendant is aware of his right to appeal his conviction and that 18 U.S.C. § 3742 affords a defendant the right to appeal the sentence imposed. The Defendant knowingly and voluntarily waives the right (a) to directly appeal his conviction, the resulting sentence, and any claims of ineffective assistance of counsel pursuant to Fed. R. App. P. 4(b) and 18 U.S.C. § 3742, and (b) to contest or collaterally attack his conviction, the resulting sentence, and any claims of ineffective assistance of counsel, pursuant to 28 U.S.C. § 2255 or otherwise.

---

[1] The defendant acknowledges that he has read the Notice and Penalty Pages attached to the Indictment, and that he understands the interest and penalty provisions applicable to the fine imposed and included in the Judgment entered by the Court, said Notice and Penalty Pages are incorporated herein by reference.

Defendant understands and agrees that nothing in this Plea Agreement should be construed as a waiver by the United States of its right to appeal the sentence under 18 U.S.C. § 3742.

12. The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act (42 U.S.C. §§ 901 et.seq), the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

13. This Agreement is entered into by the United States on the basis of the express representation of defendant that he is making a full and complete disclosure of all assets over which he exercises control.

14. Nothing in this Agreement shall protect defendant in any way from prosecution for any offense committed after the date of this Agreement, including perjury, false declaration, or false statement, in violation of 18 U.S.C. §§ 1621, 1623, or 1001, or obstruction of justice, in violation of 18 U.S.C. §§ 1503, 1505, or 1510, should defendant commit any of those offenses during the cooperation phase of this Agreement. Should defendant be charged with any offense alleged to have occurred after the date of this Agreement, the information and documents

disclosed to the United States during the course of the cooperation could be used against defendant in any such prosecution.

15. Defendant agrees not to pursue or initiate any civil claims or suits against the United States of America, its agencies or employees, whether or not presently known to defendant, arising out of the investigation or prosecution of the offenses covered by this Agreement.

16. The defendant hereby waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without limitation any records that may be sought under the Freedom of Information Act, 5 U.S.C. § 552, or the Privacy Act of 1974, 5 U.S.C. § 552a.

17. Defendant agrees to interpose no objection to the United States transferring evidence or providing information concerning defendant and this offense, to other state and federal agencies or other organizations, including, but not limited to the Internal Revenue Service, other law enforcement agencies, and any licensing and regulatory bodies, or to the entry of an order under Fed. R. Crim. P. 6(e) authorizing transfer to the Examination Division of the Internal Revenue Service of defendant's documents, or documents of third persons, in possession of the Grand Jury, the United States Attorney, or the Criminal Investigation Division of the Internal Revenue Service.

18. If the Court refuses to accept this agreement and impose sentence in accordance with its terms or dismiss Count 1 according to the United States' motion pursuant to Fed. R. Crim. P. 11(c)(1)(A) and (C), this Agreement will become null and void and neither party shall

be bound thereto. Defendant will be allowed to withdraw the plea of guilty. And, the United States will be relieved of its commitments set out in the Plea Agreement in order to pursue any and all charges and sentences supported by the facts and the law.

19. Defendant agrees that the disposition provided for within this Agreement is fair, taking into account all aggravating and mitigating factors. Defendant states that he has informed the United States Attorney's Office and the Probation Officer, either directly or through his attorney, of all mitigating factors.

20. This document and the supplemental plea agreement state the complete and only Plea Agreements between the United States Attorney for the Western District of Kentucky and defendant in this case, and are binding only on the parties to this Agreement, supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing that are signed by all parties or on the record in Court. No other promises or inducements have been or will be made to defendant in connection with this case, nor have any predictions or threats been made in connection with this plea.

AGREED:

DAVID J. HALE
United States Attorney

By:

_____     __11/1/2012_____
Jo E. Lawless                        Date
Assistant United States Attorney

I have read this Agreement and carefully reviewed every part of it with my attorney. I fully understand it and I voluntarily agree to it.

_____      / Nov. 2012
Robert L. Real, III                     Date
Defendant

I am the defendant's counsel. I have carefully reviewed every part of this Agreement with the defendant. To my knowledge my client's decision to enter into this Agreement is an informed and voluntary one.

_____      / Nov. 2012
Richard Cooper                      Date
Counsel for Defendant

DJH:JEL:120905