UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF(S)

VS                                                        CRIMINAL ACTION NO. 3:12CR-87-H

ROBERT REAL III                                                      DEFENDANT(S)

## O R D E R

The above-styled action was called in open Court on November 1, 2012 for a change of plea. There appeared Ms. Jo Lawless, Assistant United States Attorney; and for the defendant, Mr. Richard Cooper, appointed counsel. The defendant was present in the courtroom and in custody.

The Court having been advised by the defendant that his desired to withdraw his previously entered pleas of not guilty and to enter a pleas of guilty to Counts 1-2 of the Indictment. The Court having found the defendant competent and having advised the defendant of his constitutional rights and the defendant having advised the Court he understood and waived those rights; having found the pleas to be knowing, voluntary and with the advice of counsel and the Court having established a factual basis for the pleas,

**IT IS ORDERED** that the defendant pleas of **GUILTY** be entered and accepted as to Counts 1-2 Indictment.

**IT IS FURTHER ORDERED** that the case is continued to **JANUARY 28, 2013 at 1:30 p.m.** for **sentencing** of the defendant.

Upon oral motion of the defendant for release of the defendant; and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** for the reasons stated on the record, the oral motion for release for the purpose of self-surrender is **SUSTAINED and the defendant is RELEASED.**

**IT IS FURTHER ORDERED** that the defendant shall immediately **self-surrender to the United States Marshals this date.**

Date: November 1, 2012

Copies to:

United States Attorney
United States Probation
Counsel of Record


Court Reporter: Alan Wernecke

Court Time:   00/15