VANESSA L ARMSTRONG
JUN 11 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dear Judge Heyburn II,  June 11, 2020

Hello my name is Robert Real III. I sat in your courtroom and got sentenced back in 2013 to ten years on two counts that carried that as their manditory minimums. For reference my case number is: 3:12CR-87-H.

For the past seven years while incarcerated in prison I have had clear conduct and good work reports. But during this pandemic that is still underway the facility where I reside at, FCI Elkton, has been careless in many of their actions. My example will follow in the next paragraph.

On May 13, 2020 they gave me a Covid-19 test because I was deemed an essential worker because I am the lead guy in the laundry department. Weeks prior to the test my dorm had been quarantined due to people showing symtoms. Then on May 18, 2020 they call me to get put in quarantine for yet again another three weeks. After my test came back positive. June 8, 2020 on my twenty-first day they took me out of quarantine to put me in another quarantine dorm for an undisclosed amount of time. As I write this letter I find out I have to sit in quarantine for another fourteen days to get re-tested. Now we are looking at thirty-five days quarantined.

Eight years have went by since I committed my crime. Daily I think about how I could have prevented it all, but it boils down to my irrational thinking that I had at the time. After eight years and a lot of learning. I have changed my thinking and outlook on life greatly. But while in my previous twenty-one day quarantine I found out that

My grandfather, Robert Real Sr., is not doing well healthwise. From what I am told he may not make it till December 18, 2020 when I get released.

This whole letter is not me begging for immediate release, but to ask for help. My family matters are things that I cannot control even though I wish I could be there. But the staff that runs this facility do not care. In seven years at this facility I never have seen a doctor for a physical. If you research about all that is going on at this facility you will see Federal Judge Gwin out of Cleveland, Ohio is upset with all that is going on here.

I thank you for your time reading this and taking any action into consideration.

Sincerely,

Robert Real III

14153-033
Robert Real III
14153-033
Federal Correction Inst Elkton
P.O. Box 10
Lisbon, OH 44432
United States

CLEVELAND OH 440

12 JUN 2020 PM 2 L

FILED
VANESSA L ARMSTRONG
JUN 11 2020
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

Judge Heyburn II
C/o United states District Court
Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202

40202-224999