**United States District Court**
**Western District of Kentucky**

# MEMORANDUM



**To:** Robert L. Real III
#14153-033
FCI – Elkton
P.O. Box 10
Lisbon, OH 44432

**From:** Office of the Clerk

**Date:** June 24, 2020

**Re:** Recent letter (DN 34) in *United States v. Real*, 3:12-cr-87-JGH-1

---

    This Office is in receipt of the letter you recently sent regarding the above-captioned case. You state that FCI - Elkton, where you are incarcerated, has been careless with regard to the COVID-19 pandemic and that you have been quarantined for several weeks. You state that you are not seeking immediate release but are asking for help because the Elkton staff does not care and also that, in the seven years you have spent at FCI - Elkton, you have not once seen a doctor for a physical.

    Enclosed, please find a civil-action complaint form should you wish to file an action concerning your conditions of confinement at FCI - Elkton. No further action will be taken on your letter.


Encl. (§ 1983/*Bivens* form)
.009