# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105<br>Indianapolis, Indiana<br>46204 | 101 Northwest MLK Boulevard<br>Evansville, Indiana<br>47708 |
| 921 Ohio Street<br>Terre Haute, Indiana<br>47807 | 121 West Spring Street<br>New Albany, Indiana<br>47150 |

July 7, 2022

United States District Court
Western District of Kentucky
601 W Broadway, Rm 106
Louisville, KY 40202

**FILED**
James J. Vilt Jr,
Clerk
7/12/2022
U.S. District Court
Western District of Kentucky

Re: USA v. ROBERT LEWIS REAL, III
Western District of Kentucky Cause Number: 3:12CR00087
Southern District of Indiana Cause Number: 4:22-cr-00012-TWP-VTW

Dear Clerk:

Enclosed please find the original Transfer of Jurisdiction, Form 22, accepting jurisdiction of the above case as to ROBERT LEWIS REAL, III.

Please forward certified copies of the docket sheet, charging instrument, judgment, transfer of jurisdiction form, defendant's Case Inquiry Report from your financial office, and any other relevant case documents to the New Albany division office address shown above.

Sincerely,

Roger A. G. Sharpe, Clerk

By: s/Larina Fleming
Larina Fleming, Deputy Clerk

cc: USA

FILED
07/06/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| TRANSFER OF JUSRISDICTION | DOCKET NUMBER (Transferring Court) |
|---|---|
| | 0644 3:12CR00087-001 |
| | DOCKET NUMBER (Receiving Court) |
| | 4:22-cr-00012-TWP-VTW |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of Kentucky | Louisville |
| Robert Lewis Real, III | NAME OF SENTENCING JUDGE | |
| | The Honorable John G. Heyburn, II | |
| | U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM: 12/18/2020 — TO: Life |

**OFFENSE**

Count 1: 18 USC 2422(b); Knowingly Persuade, Induce, or Entice a Person Under 18 Years Old to Engage in Sexual Activity Using a Means of Interstate Commerce
Count 2: 18 USC 2423(a); Transportation of a Minor with Intent to Engage in Criminal Sexual Activity

## PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Western District of Kentucky*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 30, 2022
Date

David J. Hale, Judge
United States District Court

## PART 2 - ORDER ACCEPTING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Date: 7/7/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
121 W. SPRING ST., RM. 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

LOUISVILLE KY 400
11 JUL 2022 PM 3 L

$0.53
US POSTAGE
FIRST-CLASS
062S0009595006
47807

United States District Court
Western District of Kentucky
601 W Broadway, Rm 106
Louisville, KY 40202

**FILED**
James J. Vilt Jr,
Clerk
7/12/2022
U.S. District Court
Western District of Kentucky

40202-224999